UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIMOTHY JAMES VANDERLIN,

                Plaintiff

v.

WASHOE COUNTY SHERIFF'S OFFICE DETENTION FACILITY,

                Defendant

Case No. 3:23-CV-00665-ART-CSD

ORDER (ECF No.5)

        On October 15, 2024, the Court issued a screening order and granted Plaintiff until November 15, 2024, to file an amended complaint or the case would be dismissed without prejudice. (ECF No. 4). On November 12, 2024, Plaintiff submitted a motion for an extension of time to file an amended complaint. (ECF No. 5).

        Plaintiff seeks an additional ninety days to file his amended complaint. (*Id.*). However, Plaintiff does not state why he needs ninety days to file his amended complaint. Good cause being found, the Court grants the motion for an extension of time (ECF No. 5) in part. Plaintiff will file the amended complaint on or before January 6, 2025. If Plaintiff chooses not to file an amended complaint, this case will be dismissed without prejudice. (ECF No. 4).

        DATED THIS 26th day of November 2024.

_____
UNITED STATES MAGISTRATE JUDGE